USAO # 2008R00036/JMG

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2009 FEB 25 P 3:28

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. No. JFM-09-089 |
| | ) | |
| *Plaintiff*, | ) | (Making False Statements for |
| | ) | the Purpose of Obtaining a |
| v. | ) | Loan Under the Small Business |
| | ) | Act, 15 U.S.C. § 645) |
| JASON MICHAEL FOOR, | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

## INFORMATION

The United States Attorney for the District of Maryland charges that:

In or about the first week of April, 2004, in the District of Maryland, the defendant,

**JASON MICHAEL FOOR,**

for the purpose of obtaining money under the provisions of the Small Business Act, to wit, a small business loan for his business Jay's Custom Cycles, Inc. in the amount of $120,000.00 from the Anne Arundel County Economic Development Corporation (AAEDC) that was guaranteed by the United States Small Business Administration (SBA), knowingly made a false statement, to wit, he represented to the AAEDC that he had made a cash injection of $30,000.00 as required by the SBA in order to meet initial expenses and to provide working capital for Jay's Custom Cycles, Inc.

15 U.S.C. § 645

ROD J. ROSENSTEIN
UNITED STATES ATTORNEY
DISTRICT OF MARYLAND

Date: February 25th, 2009